David S. Casey, Jr., Cal. State Bar No. 60768
dcasey@cglaw.com
**CASEY GERRY**
**FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, California 92101
Tel.: (619) 238-1811

Carol C. Villegas, N.Y. State Bar No. 4154324*
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700

James J. Pizzirusso, D.C. State Bar No. 477604*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
**Admitted Pro Hac Vice*

*Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION.<br><br>This Document Relates to:<br><br>Civil Action No. 25-cv-__________<br><br>'25CV2954 BEN MSB | Case No. 25-md-3149-BEN-MSB<br><br>MDL No. 3149<br><br>District Judge Roger T. Benitez<br><br>Magistrate Judge Michael S. Berg<br><br>**CERTAIN INDIVIDUAL USERS' DIRECT-FILED SHORT-FORM CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL (TRACK 1)**<br><br>Designated Forum: United States District Court for the Eastern District of California |

1. In compliance with Case Management Order No. 5 issued by the Court, on August 14, 2025 (Dkt. No. 269) in the above-captioned multidistrict litigation (the "MDL"), Plaintiffs listed in Exhibit A below, by and through their undersigned Interim Co-Lead Counsel, respectfully submit this Short-Form Class Action Complaint and Demand for Jury Trial (Track 1) against Defendants PowerSchool Group, LLC, PowerSchool Holdings, Inc., Bain Capital, LP, and Movate, Inc.

2. Each of these Plaintiffs has already joined the Consolidated Individual Users Class Action Complaint ("Master Consolidated Complaint"), filed on August 11, 2025, in this MDL (Dkt. No. 259). Each of these Plaintiffs is identified in the Master Consolidated Complaint in the paragraphs listed in Exhibit A.

3. Each of these Plaintiffs hereby incorporates and adopts by reference all allegations, claims, and relief sought in the Master Consolidated Complaint.

4. In addition, each of these Plaintiffs alleges as follows.

## DESIGNATED FORUM

5. Each of these Plaintiffs designates the United States District Court for the Eastern District of California as the District in which he or she would have filed this Short-Form Class Action Complaint and Demand for Jury Trial.

6. Venue is proper under 28 U.S.C. § 1391 because the designated forum is where a substantial part of the events giving rise to Plaintiffs' claims occurred, and because at least one Defendant resides in the designated forum.

7. The designated forum possesses personal jurisdiction over all Defendants because they conducted business in the designated forum and purposefully availed themselves of the benefit and protection of the laws of the designated forum, and because their activities in the designated forum gave rise to Plaintiffs' claims.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendants and all such further relief that the Court deems just and proper, as set forth in the Master Consolidated Complaint, and any additional relief to which Plaintiffs may be entitled.

**JURY DEMAND**

Plaintiffs demand a trial by jury on all claims in this action.

Dated: October 10, 2025

Respectfully submitted,

*/s/ David S. Casey, Jr.*
David S. Casey, Jr., Cal. State Bar No. 60768
dcasey@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, California 92101
Tel.: (619) 238-1811

*Co-Lead Counsel for Class Action Plaintiffs (Track One)*

*/s/ Carol C. Villegas*
Carol C. Villegas, N.Y. State Bar No. 4154324*
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700

*Co-Lead Counsel for Teachers Unions Plaintiffs (Track One)*

*/s/ James J. Pizzirusso*
James J. Pizzirusso, D.C. State Bar No. 477604*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200

*Co-Lead Counsel for Individual Action Plaintiffs (Track One)*

**Exhibit A**

Plaintiffs are identified as follows:

| Plaintiffs' Names | Identified in the Master Consolidated Complaint |
|---|---|
| Charlotte Renn | ¶¶ 281–286 |
| Christopher Joseph Wagoner | ¶¶ 304–309 |
| Paul Garreth Thompson | ¶¶ 310–314 |
| Michele Ballard | ¶¶ 321–325 |
| Dusty Lynn Jenkins Spence | ¶¶ 326–330 |
| William Jeremiah Tarbush and minor A.C.T. | ¶¶ 331–335 |
| Jonathan Newell and minors B.R.N and B.D.N. | ¶¶ 336–341 |
| Kaitlyn Gillis and minor W.C.G. | ¶¶ 321–325 |
| Christina Ashley Hardwick and minor L.D. | ¶¶ 348–353 |
| Valarie Renee Rhoden and minor C.A.R. | ¶¶ 360–365 |
| David Sauve and minor A.S. | ¶¶ 396–401 |
| John Rawls and minor C.R. | ¶¶ 402–407 |
| Katherine Stewart and minor R.H.S. | ¶¶ 408–413 |
| Mary Lorene Muckelory and minors D.W.M. and J.R.M. | ¶¶ 414–419 |
| Nicole Cosentino and minor C.M.C. | ¶¶ 420–425 |
| Nicole Volpert and minor S.R.V. | ¶¶ 432–437 |
| Amanda Voltz and minors B.L.C. and K.D.V. | ¶¶ 438–443 |
| Shanda Farquhar and minor G.A.F. | ¶¶ 450–456 |
| Tiffany Honore and minor M.M. | ¶¶ 463–468 |
| Minors Z.W., A.M.W., and A.N.W. | ¶¶ 488–493 |
| Minor L.H. | ¶¶ 494–499 |

| Plaintiffs' Names | Identified in the Master Consolidated Complaint |
|---|---|
| Trisha Nadeau and minors G.O.E. and J.C.E. | ¶¶ 500–505 |
| Kathey Henry and minors T.M.H. and T.T.H. | ¶¶ 512–517 |
| Kristi Kingery-Islas | ¶¶ 518–522 |
| Kathleen Holm and minors P.P. and R.P. | ¶¶ 529–534 |
| Serene Bavis and minor S.W. | ¶¶ 535–540 |
| Sakinah Ardine Knott and minors M.M.W., D.J.P., and I.M.W. | ¶¶ 547–552 |
| Jennifer Cecilia Harrell and minor J.E.H. | ¶¶ 559–564 |
| Jessica Patrick Taylor and minors J.O.P. and N.O.T. | ¶¶ 571–577 |
| Mariah Jene Martyn and minor L.M.A. | ¶¶ 578–582 |
| Frank John Trzcinski and minors E.T. and S.T. | ¶¶ 595–600 |
| Shawn Friedman and minor J.F. | ¶¶ 608–613 |
| Minors A.V., B.V., and G.V. | ¶¶ 620–625 |
| Amy Lancaster and minors E.M.L., K.C.L., and C.S.R.L. | ¶¶ 626–631 |
| Bethann Jackson and minors C.J. and M.J. | ¶¶ 626–631 |
| Asia Pritchett and minor B.M. | ¶¶ 638–643 |
| Joseph Hauptman and minors D.H. and M.H. | ¶¶ 644–649 |
| Eleanor Tillman and minor L.L. | ¶¶ 650–655 |
| Minor P.Z. | ¶¶ 656–661 |
| Emily Pease and minors A.E.J.A., A.R.R., and A.E.R. | ¶¶ 662–667 |
| Heather Taylor and minors B.N.T. and B.A.T. | ¶¶ 668–673 |

| Plaintiffs' Names | Identified in the Master Consolidated Complaint |
|---|---|
| Skye Breann Lawson and minors B.L. and H.L. | ¶¶ 680–685 |
| Kennah J. White | ¶¶ 686–691 |
| Alexander Larson | ¶¶ 692–697 |
| Lauren Overly | ¶¶ 698–702 |
| Emma Pangracs | ¶¶ 703–707 |
| Zander Norcia | ¶¶ 708–713 |
| Jacob Islas | ¶¶ 714–718 |
| Ayedon Bauder | ¶¶ 719–724 |
| Stefan Spann | ¶¶ 731–736 |
| Hailey McCall Shingleton | ¶¶ 737–742 |